FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

08 JUN 24  PM 3: 33

CLERK U S ... ... .. COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

THE AMACORE GROUP, INC.,

     Plaintiff,

v.                                **CASE NO:  8:08-CV-1200-T-30TGW**

TY BRUGGEMANN, et al.,

     Defendants.

_____/

## ORDER OF DISMISSAL

Before the Court is the Unopposed Motion to Seal Record and Request for Emergency Hearing on Motion to Seal, dated June 23, 2008, and the Notice of Dismissal Without Prejudice, dated June 24, 2008. Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Unopposed Motion to Seal Record and Request for Emergency Hearing on Motion to Seal, dated June 23, 2008, is DENIED.

2.     This cause is dismissed without prejudice.

3.     All pending motions are denied as moot.

4.     The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida on this 24 day of June, 2008.

JAMES S. MOODY, JR.
United States District Court Judge

**COPIES TO**:
Counsel/Parties of Record

*S:\Even\2008\08-cv-1200.dismissal.wpd*